```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  (916) 498-5700

 5  Attorney for Defendant
    GUADALUPE RAMOS
 6
```


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-09-483-EJG |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| GUADALUPE RAMOS, | ) | |
| Defendant. | ) | Date: September 28, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTOPHER HALES Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for GUADALUPE RAMOS that the status conference hearing date of September 21, 2012, be vacated, and the matter be set for status conference on September 28, 2012, at 10:00 a.m.

The reason for the continuance is that the defense counsel needs additional time to review the pre-sentence report with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 28, 2012,

| | |
|---|---|
| 1 | pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable |
| 2 | time to prepare] and Local Code T4 based upon continuity of |
| 3 | counsel and defense preparation. |
| 4 | |
| 5 | DATED: September 19, 2012    Respectfully submitted, |
| 6 | DANIEL J. BRODERICK<br>Federal Public Defender |
| 7 | |
| 8 | /s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender |
| 9 | Designated Counsel for Service<br>Attorney for GUADALUPE RAMOS |
| 10 | |
| 11 | DATED: September 19, 2012    BENJAMIN WAGNER<br>United States Attorney |
| 12 | |
| 13 | /s/ Christopher Hales<br>CHRISTOPHER HALES<br>Assistant U.S. Attorney |
| 14 | Attorney for Plaintiff |

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 21, 2012 status conference hearing be continued to September 28, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 28, 2012, status conference shall be excluded from computation of time within which the trial of this matter

2

must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 9/49/12

					_____
					EDWARD J. GARCIA
					United States District Judge